IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case NO. 16-40291 |
| | ) | |
| DARRELL ELLERTON REID | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: John T. Laney III |
| Debtor | ) | |

WITHDRAWAL OF TRANSFER OF CLAIM (DOC #74)

COMES NOW Select Portfolio Servicing, Inc., as servicer for DLJ Mortgage Capital, Inc., to withdraw the following Transfer of Claim:

| | |
|---|---|
| Creditor Name: | Select Portfolio Servicing, Inc., as servicer for DLJ Mortgage Capital, Inc. |
| Proof of Claim Number: | 16-2 |
| Proof of Claim Filed Date: | October 3, 2016 |
| Secured Claim Amount: | $ 2,500.00 |

Select Portfolio Servicing, Inc., as servicer for DLJ Mortgage Capital, Inc. filed the transfer of claim in error. Any funds received in error will be returned to the Trustee to remit to the correct creditor.

This 13th day of November, 2019

/s/Maria    Tsagaris
Maria    Tsagaris
Agent for Transferee
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA    30076

CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of the foregoing Withdrawal of Proof of Claim to the following registered ECF participants, electronically through the Court's ECF System at the email registered with the Court and to the following via ordinary U.S. Mail as indicated below on this:

*Served by ordinary U.S. Mail*

**Debtor:**

Darrell Ellerton Reid
Post Office Box 3394
Columbus, GA 31903

*Served Electronically by the Court*

**Trustee:**

Kristin Hurst
P.O. Box 1907
Columbus, GA 31902

**Debtor's Attorney:**

Brace W. Luquire
821 Third Avenue
Columbus, GA 31901

This 13th day of November, 2019

    */s/Maria   Tsagaris*
Maria   Tsagaris
Agent for Transferee
McCalla, Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, GA   30076